## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUDY ANN POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-01498-TWP-DKL |
| | ) |
| STATE OF INDIANA, | ) |
| | ) |
| Defendant. | ) |

## Entry Discussing Selected Matters

### I. The Complaint is Dismissed

Pursuant to Fed.R.Civ.P. 8(a)(2), a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." The complaint here violates both the spirit and the letter of Rule 8(a)(2). This violation is so extreme that the complaint passes into the realm of the unintelligible and the complaint is dismissed on that basis. *Davis v. Ruby Foods, Inc.,* 269 F.3d 818, 820 (7th Cir. 2001)("dismissal of a complaint on the ground that it is unintelligible is unexceptionable").

The complaint is dismissed as unintelligible.

### II. An Amended Complaint May Be Filed

The action cannot proceed without a coherent complaint. The plaintiff shall **have a period of time, through January 21, 2013**, in which to file an adequate amended complaint.

If an amended complaint is filed, it shall conform to the following guidelines:

! The amended complaint shall comply with the requirement of Rule 8(a)(2) that pleadings contain a short and plain statement of the claim showing that the pleader is entitled to relief;

! The amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances; and

! The amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury.

If no amended complaint is filed as permitted above, the action will be dismissed consistent with the dismissal of the complaint in Part I.

**IT IS SO ORDERED.**

Date: 01/09/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Judy A. Powell
P. O. Box 40173
Indianapolis, IN 46240